# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:23-mj-06011-ASB-1

Case title: USA v. Durrah

Date Filed: 05/25/2023

Other court case number: CR-23-1013-CJW-MAR-2 Northern District of Iowa, Eastern (Dubuque) Div

Date Terminated: 05/26/2023

Assigned to: US Magistrate Judge Alison S Bachus

### Defendant (1)

**Silvester Jameral Durrah**
61049-510
*TERMINATED: 05/26/2023*
also known as
Lil Dude
*TERMINATED: 05/26/2023*

represented by **Jeanette Elizabeth Alvarado**
Federal Public Defenders Office - Phoenix
850 W Adams St., Ste. 201
Phoenix, AZ 85007
602-382-2700
Fax: 602-382-2800
Email: Jeanette_Alvarado@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Indictment - CT 1: 21:846 and 851, Conspiracy to Distribute Narcotics with Forfeiture Allegation; CTs 2-6: 21:860(a), 841(a)(1), and 841(b)(1)(C), Distribute in or | |

Near Schools/Narcotics with Forfeiture Allegation; CT 12: 21:860(a), 841(a)(1), (b)(1)(B) and 851, Distribute in or Near Schools/Narcotics with Forfeiture Allegation; and CT 13: 18:922(g)(1), 922(g)(9) and 924(a)(2), Unlawful Transport of Firearms, etc. with Forfeiture Allegation

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Ross Gabriel Arellano Edwards**<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>480-925-4846<br>Email: ross.arellano.edwards@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2023 | 1 | Arrest (Rule 5 - warrant issued by Northern District of Iowa, Eastern (Dubuque Div.) of Silvester Jameral Durrah. (KMB) (Entered: 05/25/2023) |
| 05/26/2023 | 3 | MINUTE ENTRY for proceedings held before Magistrate Judge Michael T Morrissey: Initial Appearance in Rule 5(c)(3) Proceedings as to Silvester Jameral Durrah held on 5/26/2023. FINANCIAL AFFIDAVIT TAKEN. Appointing AFPD Jeanette Elizabeth Alvarado on behalf of Defendant. Rule 5(c)(3) Identity Hearing waived. THE COURT FINDS Defendant is the individual named in the Indictment and warrant. Defendant reserves his right to a Detention Hearing for the charging district. Order of Commitment to be issued.<br><br>As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.<br><br>**Appearances**: AUSA Ross Arellano Edwards for the Government, AFPD Jeanette Alvarado for Defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 3:33 PM to 3:35 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KGM) (Entered: 05/26/2023) |
| 05/26/2023 | 4 | SEALED CJA 23 Financial Affidavit by Silvester Jameral Durrah. (KGM) (Entered: 05/26/2023) |
| 05/26/2023 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Silvester Jameral Durrah. Defendant committed to Northern District of Iowa. Signed by Magistrate Judge Michael T Morrissey on 5/26/2023.(KGM) (Entered: 05/26/2023) |
| 05/26/2023 | 6 | Notice to Northern District of Iowa of a Rule 5 or Rule 32 Initial Appearance as to Silvester Jameral Durrah. Your case number is: 2:23-cr-01013-CJW-MAR-2. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte |

| | | |
|---|---|---|
| | | documents will be sent in a separate e-mail.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (KGM) (Entered: 05/26/2023) |
| 05/26/2023 | 7 | ORDER: Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.<br><br>Ordered by Magistrate Judge Michael T Morrissey.(KGM)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 05/26/2023) |