AO 442 (Rev. 01/09) Arrest Warrant

DOA: 23
5/25/23

# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa

United States of America )
v. )
 )
 ) Case No. 23-CR-1013
Silvester Jameral Durrah, also known as "Lil Dude" )
 ) 23-6011 MJ
_____ )
Defendant )

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   Silvester Jameral Durrah, also known as "Lil Dude"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States Code, Section 846; Distribution and Aiding and Abetting the Distribution of a Controlled Substance Near a Protected Location in violation of Title 21, United States Code Sections 841(a)(1), 860(a); Distribution of a Controlled Substance Near a Protected Location in violation of Title 21, United States Code, Sections 841(a)(1), 860(a); Possession with Intent to Distribute a Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1); and Possession of a Firearm by a Felon and by a Person Convicted of Domestic Violence in violation of Title 18, United States Code, Sections 922(g)(1) and (g)(9).

Date:  05/03/2023

_____
Issuing officer's signature

City and state:   Cedar Rapids, Iowa          Mark A. Roberts, U.S. Magistrate Judge
_____          _____
                                                  Printed name and title

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____               _____<br>                                                      *Arresting officer's signature*<br><br>               _____<br>                                                      *Printed name and title* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-CR-1013 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | **Count 1** |
| | ) | 21 U.S.C. § 846 |
| MAURICE LEVELLE RANDOLPH, also | ) | Conspiracy to Distribute a |
| known as "Weed" or "Weedo," | ) | Controlled Substance |
| SILVESTER JAMERAL DURRAH, also | ) | (Randolph, Durrah, Springer and |
| known as "Lil Dude," PRINCIPAL | ) | Knight) |
| LEVELL SPRINGER, also known as "Lil | ) | Death Resulting (Randolph and |
| Moe," and MICHAEL SAMUEL | ) | Knight) |
| KNIGHT, | ) | |
| | ) | **Count 2, 6** |
| Defendants. | ) | 21 U.S.C. §§ 841(a)(1), 860(a) |
| | ) | Distribution and Aiding and |
| | ) | Abetting the Distribution of a |
| | ) | Controlled Substance Near a |
| | ) | Protected Location |
| | ) | (Durrah) |
| | ) | |
| | ) | **Count 3-5** |
| | ) | 21 U.S.C. §§ 841(a)(1), 860(a) |
| | ) | Distribution of a Controlled |
| | ) | Substance Near a Protected Location |
| | ) | (Durrah) |
| | ) | |
| | ) | **Count 7** |
| | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | ) | Distribution of a Controlled |
| | ) | Substance Resulting in Death |
| | ) | (Knight) |
| | ) | |
| | ) | **Count 8** |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to Distribute |
| | ) | a Controlled Substance Near a |
| | ) | Protected Location |
| | ) | (Knight) |

)
)    **Count 9**
)        18 U.S.C. §§ 922(g)(3) and (g)(9)
)        Possession of a Firearm by a Drug
)        User and by a Person Convicted of
)        Domestic Violence
)        (Springer)
)
)    **Count 10-11**
)        21 U.S.C. §§ 841(a)(1), 860(a)
)        Distribution of a Controlled
)        Substance Near a Protected
)        Location
)        (Randolph)
)
)    **Count 12**
)        21 U.S.C. § 841(a)(1)
)        Possession with Intent to Distribute
)        a Controlled Substance
)        (Durrah)
)
)    **Count 13**
)        18 U.S.C. §§ 922(g)(1) and (g)(9)
)        Possession of a Firearm by a Felon
)        and by a Person Convicted of
)        Domestic Violence
)        (Durrah)
)
)    **Count 14**
)        18 U.S.C. §§ 922(g)(3) and (g)(9)
)        Possession of a Firearm by a Drug
)        User and by a Person Convicted of
)        Domestic Violence
)        (Springer)
)
)    **Count 15**
)        21 U.S.C. § 841(a)(1)
)        Possession with Intent to Distribute
)        a Controlled Substance
)        (Springer)
)
)    **Forfeiture Allegations**
)

2

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Between on or about January 2017, and continuing to on or about April 16, 2021, in the Northern District of Iowa and elsewhere, defendants MAURICE LEVELLE RANDOLPH, also known as "Weed" or "Weedo," SILVESTER JAMERAL DURRAH, also known as "Lil Dude," PRINCIPAL LEVELL SPRINGER, also known as "Lil Moe," and MICHAEL SAMUEL KNIGHT did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to distribute a mixture or substance containing a detectable about of marijuana, and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, within 1000 feet of the following playgrounds, colleges and schools located in Dubuque, Iowa:

Allison-Henderson Park;

Gay Park;

Jackson Park;

Jefferson Park;

Loras College;

Madison Park;

Marshall Elementary School; and

University of Dubuque;

in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B),

841(b)(1)(D), and 860(a).

Before defendant MICHAEL SAMUEL KNIGHT committed the offense

charged in this Count, he was convicted of the following:

> On or about May 5, 2004, defendant was convicted in the Illinois
> District Court for Cook County, Case No. 2003CR072530, of
> Aggravated Vehicle Hijacking, a serious violent felony, for which he
> served more than 12 months of imprisonment.

Before defendant SILVESTER JAMERAL DURRAH, also known as "Lil

Dude," committed the offense charged in this Count, he was convicted of the

following:

> On or about October 27, 2003, defendant was convicted in the Iowa
> District Court for Dubuque County, Case No. FECR056480, of Robbery
> in the Second Degree, a serious violent felony, for which he served
> more than 12 months of imprisonment.

Furthermore, as to defendants MAURICE LEVELLE RANDOLPH, also

known as "Weed" or "Weedo," and MICHAEL SAMUEL KNIGHT, on or about

February 14, 2021, S.D.'s use of cocaine distributed in furtherance of the conspiracy

resulted in S.D.'s death.

This was in violation of Title 21, United States Code, Section 846, and 851.

## Count 2

### Distribution of a Controlled Substance Near a Protected Location

On or about June 20, 2019, in the Northern District of Iowa, defendant

SILVESTER JAMERAL DURRAH, also known as "Lil Dude," did knowingly and

intentionally distribute and aid and abet the distribution of a mixture or substance

containing a detectable amount of cocaine, a Schedule II controlled substance,

4

within 1,000 feet of a college, specifically Loras College, located in Dubuque, Iowa, and playgrounds, specifically Madison Park and Jackson Park, located in Dubuque, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

## Count 3

**Distribution of a Controlled Substance Near a Protected Location**

On or about July 1, 2019, in the Northern District of Iowa, defendant SILVESTER JAMERAL DURRAH, also known as "Lil Dude," did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, within 1,000 feet of a college, specifically Loras College, located in Dubuque, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

## Count 4

**Distribution of a Controlled Substance Near a Protected Location**

On or about July 9, 2019, in the Northern District of Iowa, defendant SILVESTER JAMERAL DURRAH, also known as "Lil Dude," did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, within 1,000 feet of a playground, specifically Gay Park, located in Dubuque, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

## Count 5

**Distribution of a Controlled Substance Near a Protected Location**

On or about July 17, 2019, in the Northern District of Iowa, defendant SILVESTER JAMERAL DURRAH, also known as "Lil Dude," did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, within 1,000 feet of a playground, specifically Gay Park, located in Dubuque, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

## Count 6

**Distribution of a Controlled Substance Near a Protected Location**

On or about January 19, 2021, in the Northern District of Iowa, defendant SILVESTER JAMERAL DURRAH, also known as "Lil Dude," did knowingly and intentionally distribute and aid and abet the distribution of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, within 1,000 feet of a college, specifically University of Dubuque, located in Dubuque, Iowa, and within 1,000 feet of a playground, specifically Allison-Henderson Park, located in Dubuque, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

6

Case 2:23-cr-01013-CJW-MAR   Document 6   Filed 05/03/23   Page 6 of 14
Case 2:23-cr-01013-CJW-MAR   Document 29-1   Filed 05/30/23   Page 7 of 16

## Count 7

### Distribution of a Controlled Substance Resulting in Death

On or about February 14, 2021, in the Northern District of Iowa, defendant MICHAEL SAMUEL KNIGHT did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.  Furthermore, on or about February 14, 2021, S.D.'s use of the cocaine distributed by defendant MICHAEL SAMUEL KNIGHT resulted in the death of S.D.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## Count 8

### Possession with Intent to Distribute a Controlled Substance Near a Protected Location

On or about February 15, 2021, in the Northern District of Iowa, defendant MICHAEL SAMUEL KNIGHT did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance within 1,000 feet of a playground, specifically Madison Park, located in Dubuque, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

7

## Count 9

### Possession of a Firearm by a Prohibited Person

On or about February 22, 2021, in the Northern District of Iowa, defendant PRINCIPAL LEVELL SPRINGER, also known as "Lil Moe," knowing he: (1) had previously been convicted of a misdemeanor crime of domestic violence, and (2) was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana; knowingly possessed a firearm, specifically, a Glock Model 19, 9mm handgun, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following misdemeanor crime of domestic violence, specifically: Assault with Intent to Inflict Serious Injury, in the Iowa District Court for Dubuque County, on or about September 4, 2018, in case number FECR128882.

This was in violation of Title 18, United States Code, Sections 922(g)(3), 922(g)(9) and 924(a)(2).

## Count 10

### Distribution of a Controlled Substance Near a Protected Location

On or about March 12, 2021, in the Northern District of Iowa, defendant MAURICE LEVELLE RANDOLPH, also known as "Weed" or "Weedo," did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, within 1,000 feet of a playground, specifically Orange Park and Jefferson Park in Dubuque, Iowa.

Before defendant MAURICE LEVELLE RANDOLPH committed the offense charged in this Count, he was convicted of the following:

8

On or about January 6, 2015, defendant was convicted in the Iowa District
Court for Dubuque County, Case No. FECR094182, of delivery of heroin, a
felony drug offense.

This was in violation of Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(C), 860(a) and 851.

## Count 11

### Distribution of a Controlled Substance Near a Protected Location

On or about March 31, 2021, in the Northern District of Iowa, defendant

MAURICE LEVELLE RANDOLPH, also known as "Weed" or "Weedo," did

knowingly and intentionally distribute a mixture or substance containing a

detectable amount of cocaine, a Schedule II controlled substance, within 1,000 feet

of a school, specifically Marshall Elementary School in Dubuque, Iowa.

Before defendant MAURICE LEVELLE RANDOLPH committed the offense

charged in this Count, he was convicted of the following:

On or about January 6, 2015, defendant was convicted in the Iowa District
Court for Dubuque County, Case No. FECR094182, of delivery of heroin, a
felony drug offense.

This was in violation of Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(C), 860(a) and 851.

## Count 12

### Possession with Intent to Distribute a Controlled Substance Near a Protected Location

On or about April 16, 2021, in the Northern District of Iowa, defendant

SILVESTER JAMERAL DURRAH, also known as "Lil Dude," did knowingly and

intentionally possess with intent to distribute 500 grams or more of a mixture or

9

substance containing a detectable amount of cocaine, a Schedule II controlled substance within 1,000 feet of a college, specifically the University of Dubuque and a playground, specifically Allison-Henderson Park in Dubuque, Iowa.

Before defendant SILVESTER JAMERAL DURRAH, also known as "Lil Dude," committed the offense charged in this Count, he was convicted of the following:

> On or about October 27, 2003, defendant was convicted in the Iowa District Court for Dubuque County, Case No. FECR056480, of Robbery in the Second Degree, a serious violent felony, for which he served more than 12 months of imprisonment.

This was in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), 860(a) and 851.

## Count 13

### Possession of a Firearm by a Felon and a Person Convicted of Domestic Violence

On or about April 16, 2021, in the Northern District of Iowa, defendant SILVESTER JAMERAL DURRAH, also known as "Lil Dude," knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year and had previously been convicted of misdemeanor crimes of domestic violence, knowingly possessed a firearm, specifically, a Taurus .45 caliber handgun, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

> (1) Robbery in the Second Degree, in the Iowa District Court for Dubuque County, on or about October 27, 2003, in case number FECR056480; and

10

(2) Possession with intent to deliver cocaine, in the Iowa District Court for Dubuque County, on or about March 12, 2018, in case number FECR125011.

Defendant was previously convicted of the following misdemeanor crimes of domestic violence:

(1)   Domestic Abuse Assault Causing Injury, in the Iowa District Court for Dubuque County, on or about January 24, 2012, in case number SRCR098355; and

(2)   Domestic Abuse Assault Causing Injury (Second Offense), in the Iowa District Court for Dubuque County, on or about May 20, 2014, in case number AGCR109599.

This was in violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(9) and 924(a)(2).

## Count 14

### Possession of a Firearm by a Prohibited Person

On or about April 16, 2021, in the Northern District of Iowa, defendant PRINCIPAL LEVELL SPRINGER, also known as "Lil Moe," knowing he: (1) had previously been convicted of a misdemeanor crime of domestic violence, and (2) was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana; knowingly possessed firearms, specifically, a Glock Model 19, 9mm handgun and a Smith and Wesson, M&P model .380 caliber handgun, and the firearms were in and affecting commerce.

Defendant was previously convicted of the following misdemeanor crime of domestic violence, specifically: Assault with Intent to Inflict Serious Injury, in the Iowa District Court for Dubuque County, on or about September 4, 2018, in case number FECR128882.

11

This was in violation of Title 18, United States Code, Sections 922(g)(3), 922(g)(9) and 924(a)(2).

## Count 15

### Possession with Intent to Distribute a Controlled Substance

On or about April 16, 2021, in the Northern District of Iowa, defendant PRINCIPAL LEVELL SPRINGER, also known as "Lil Moe," did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Before defendant PRINCIPAL LEVELL SPRINGER committed the offense charged in this Count, he was convicted of the following:

> On or about June 28, 2011, defendant was convicted in the Iowa District Court for Dubuque County, Case No. FECR093491, of possession with intent to deliver marijuana as an accommodation offense, a felony drug offense.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(b)(1)(D) and 851.

### Drug Related Forfeiture Allegation

1.     The allegations contained in Counts 1-8, 10-12 and 15 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2.     Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 or 846, the

12

defendant, MAURICE LEVELLE RANDOLPH, also known as "Weed" or "Weedo,"

SILVESTER JAMERAL DURRAH, also known as "Lil Dude," PRINCIPAL

LEVELL SPRINGER, also known as "Lil Moe," and MICHAEL SAMUEL KNIGHT,

shall forfeit to the United States of America any property constituting, or derived

from, any proceeds obtained, directly or indirectly, as the result of such offense[s]

and any property used, or intended to be used, in any manner or part, to commit, or

to facilitate the commission of, the offense(s), including, but not limited to the

following:

        a.     $1,461 in United States Currency (seized from PRINCIPAL

             LEVELL SPRINGER on April 16, 2021)

        b.     $17,193 in United States Currency (seized from MAURICE

             LEVELLE RANDOLPH on April 16, 2021) and

        c.     $3,323 in United States Currency (seized from SILVESTER

             JAMERAL DURRAH on April 16, 2021).

     3.     If any of the property described above, as a result of any act or omission of the defendants:

        a.     cannot be located upon the exercise of due diligence;

        b.     has been transferred or sold to, or deposited with, a third party;

        c.     has been placed beyond the jurisdiction of the court;

        d.     has been substantially diminished in value; or

        e.     has been commingled with other property which cannot be

             divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p).

## Firearm Forfeiture Allegation

By virtue of having committed the acts specified in Couns 9, 13 and 14 of this

Indictment, defendant PRINCIPAL LEVELL SPRINGER and SILVESTER

JAMERAL DURRAH shall forfeit to the United States any firearm and ammunition

involved in or used in the knowing violation of Title 18, United States Code,

Sections 922(g)(1), 922(g)(3) or 922(g)(9), including but not limited to the firearms

listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title

28, United States Code, Section 2461(c).

TIMOTHY T. DUAX
United States Attorney

By: _____

PATRICK J. REINERT
Assistant United States Attorney

A TRUE BILL

_____    5/2/23
Grand Jury Foreperson        Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed __5/3/27__
PAUL DE YOUNG, CLERK

14

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America** | **Case Number: 23-06011MJ-001-PHX-ASB** |
| **v.** | **Charging District's Case No.** |
| **Silvester Jameral Durrah** | 2:23-cr-01013-CJW-MAR-2 |

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Northern District of Iowa, Cedar Rapids division.  The defendant may need an interpreter for this language: N/A.

The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated this 26th day of May, 2023.

_____
Honorable Michael T. Morrissey
United States Magistrate Judge

AO 94 (Rev. 06/09) Commitment to Another District