# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. SILVESTER JAMERAL DURRAH, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 2:23-cr-1013-CJW-MAR-2<br>Presiding Judge: Mark A. Roberts<br>Deputy Clerk: Rachel J. Scott<br>Official Court Record: FTR Gold<br>Contact Information: -- |

| Date: | 6/20/2023 | Start: | 10:56 AM | Adjourn: | 11:01 AM | Courtroom: | 4, 4th Floor |
|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | Telephonic? | -- |

| Appearances: | Plaintiff(s): | AUSA Nicole Lyn Nagin |
|---|---|---|
| | Defendant(s): | Webb L. Wassmer (Defendant appears personally) |
| | U.S. Probation: | USPO Tiffany Schuette |
| | Interpreter: | --  Language: --  Certified: --  Phone: -- |

**TYPE OF PROCEEDING:** INITIAL APPEARANCE: X  AND/OR  ARRAIGNMENT: X

| | |
|---|---|
| Contested? | No |
| Continued from a previous date? | No |
| Date of indictment: | 05/03/2023 |
| Was defendant *Mirandized*? | Yes |
| Defendant pleaded | Not guilty to counts 1, 2-6, 12, 13 of the indictment |
| Counsel: Retained X  Appointed (FPD or CJA Panel): | CJA Panel Webb L. Wassmer |
| Stipulation to discovery plan? Yes  Did defendant provide financial affidavit? | Yes |
| Did the government move for detention? Yes  Was the defendant detained? | Yes |
| Detention hearing: | Waived |
| Trial date: | 10/16/2023 9:00 AM CJW |
| **Witness/Exhibit List is** | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Defendant waives formal requirement to have indictment read in court.

Page **1** of **1**